IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| PATTI D. CUNNINGHAM,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LOVE'S TRAVEL STOPS &<br>COUNTRY STORES, INC.,<br><br>　　　　Defendant. | CIVIL ACTION NO.: |

## COMPLAINT

1.    This action is brought pursuant to the Fair Labor Standards Act, 29 U.S.C. §201 et seq. (hereinafter referred to as "the Act"), to recover unpaid overtime compensation, an additional amount as liquidated damages, reasonable attorney's fees and costs of suit by reason of the Defendant's violations of the Act.

2.    Jurisdiction of this court is invoked pursuant to 29 U.S.C. §216(b) and 28 U.S.C. §1367.

3.    Plaintiff, Patti D. Cunningham is over the age of twenty-one and a resident of St. Clair County, Alabama.

4.    Defendant, Love's Travel Stops & Country Stores, Inc., ("Love's") is a foreign corporation doing business in Steele, St. Clair County, Alabama.

1

5. During the period of Plaintiff's employment by the defendant, Defendant illegally altered the records of the hours worked by Plaintiff to remove or reduce the overtime hours worked by Plaintiff and thereby illegally reduce the compensation paid to Plaintiff by Defendant.

6. During the period of Plaintiff's employment by the defendant, Defendant encouraged, requested, or required Plaintiff to work, or remain at the workplace for work-related activities, after the Plaintiff had "clocked out" and was no longer having her work time recorded by Defendant.

7. During the period of Plaintiff's employment by the defendant, Defendant employed Plaintiff to work during work weeks which were longer than forty hours without compensating in part, or in full, Plaintiff for her employment in excess of forty hours at a rate not less than one and one-half times the regular rate at which Plaintiff was at the time employed, in violation of Section 207 of the Act, 29 U.S.C. §207.

8. Defendant did not maintain an accurate record of Plaintiff's hours worked, as required by 29 C.F.R. §516.

9. As a result of the previously mentioned violations of the Act, Defendant is liable to the Plaintiff in the amount of Plaintiff's unpaid overtime compensation, an additional equal amount as liquidated damages, reasonable attorney's fees and costs of suit by reason of the Defendant's violations of the Act.

## COUNT ONE

## OVERTIME COMPENSATION

10. The above paragraphs are incorporated by reference.

11. Defendant is a covered employer under the overtime provisions of the FLSA with regard to Plaintiff and does not fall within any recognized exception.

12. Defendant has no excuse and no exemption or exception applies that would allow the removing or reducing of Plaintiff's hours from the time records if over 40 were worked in a week, or knowingly causing Plaintiff to remain at work for work-related activities without maintaining an accurate record of Plaintiff's time.

13. Defendant was therefore required under the FLSA to pay Plaintiff time and one half for all hours worked over forty (40) in each week.

14. Defendant willfully violated the FLSA by failing to pay Plaintiff time and one half for all hours worked over forty (40) in a week.

15. As a result of the foregoing, Plaintiff has lost wages for overtime hours worked for Defendant.

WHEREFORE, Plaintiff demands judgment against Defendant:

(a) Any unpaid wages and/or overtime;

(b) In a sum equal to twice the unpaid regular compensation and overtime compensation due Plaintiff;

(c)     For liquidated damages, and such other and further legal and equitable relief as may be appropriate to effectuate the purposes of the Act's overtime provisions;

(d)     For reasonable attorney's fees;

(e)     For costs herein; and

(f)     For such other and further relief as may be just and proper.

Respectfully Submitted,

_____
Brett Adair (ASB-4712-R71R)
Attorney for Plaintiff

_____
Matthew R. Hill (ASB-2971-W85H)
Attorney for Plaintiff

OF COUNSEL:

**ADAIR LAW FIRM, L.L.C.**
The Highland Building
2201 Arlington Avenue South
Birmingham, AL 35205
(205) 933-8484 - Telephone
(205) 933-8286 - Facsimile

## PLAINTIFF DEMANDS TRIAL BY JURY

I, Patti D. Cunningham, hereby consent to be a party plaintiff in the above-styled cause.

*Patti D. Cunningham* (signature)
Patti D. Cunningham

### SERVE SUMMONS & COMPLAINT BY CERTIFIED MAIL:

Love's Travel Stops & Country Stores, Inc.
905 Steele Station Road
Steele, Al 35987

Love's Travel Stops & Country Stores, Inc.
10601 North Pennsylvania
P.O. Box 26210, Oklahoma City, OK 73126